WAYNE D. LONSTEIN, ESQ.
LONSTEIN LAW OFFICE, P.C.
80 North Main Street, P.O. Box 351
Ellenville, NY 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
Legal@signallaw.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA
PRESCOTT DIVISION

---

**ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP,**

                    Plaintiff,

   -against-

Harold Toth,

                    Defendant.

---

**NOTICE OF DISMISSAL**

Civil Action No. 3-13-CV-08220-SPL

Plaintiff, **ZUFFA, LLC**, has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court that Plaintiff hereby dismisses its complaint, in its entirety, against Defendant with prejudice and without costs pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

Dated:  November 22, 2013
          Ellenville, New York

                                      **ZUFFA, LLC**

                              By:  /s/Wayne D. Lonstein
                                  WAYNE D. LONSTEIN, ESQ.
                                  Attorney for Plaintiff
                                  LONSTEIN LAW OFFICE, P.C.
                                  Office and P.O. Address
                                  80 North Main Street: P.O. Box 351
                                  Ellenville, NY  12428
                                  Telephone:  (845) 647-8500
                                  Facsimile:  (845) 647-6277
                                  Email: Legal@signallaw.com
                                  *Our File No. ZO13-162-0082*